UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOHN E. FLETCHER,           )
                                      )
            Petitioner,      )
                                      )
        v.                )      CAUSE NO. 3:19-CV-008-JD-MGG
                                      )
WARDEN,                      )
                                      )
            Respondent.    )

<u>OPINION AND ORDER</u>

John E. Fletcher, a prisoner without a lawyer, filed a habeas corpus petition challenging his disciplinary sanctions in case WCC 18-07-562 where a Disciplinary Hearing Officer (DHO) found him guilty of sexual conduct in violation of Indiana Department of Correction policy B-216. ECF 1 at 1. However, Fletcher did not lose any earned credit time nor was he demoted in credit class as a result of this disciplinary hearing. ECF 1 at 1, 1-1 at 4.

A prison disciplinary hearing can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because this disciplinary hearing did not result in the lengthening of the duration of Fletcher's confinement, habeas corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied.

For these reasons, the court DENIES the petition (ECF 1) pursuant to Section 2254 Habeas Corpus Rule 4 and the case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED on January 14, 2019

_____/s/ JON E. DEGUILIO_____
JUDGE
UNITED STATES DISTRICT COURT